**Order Withdrawn, Appeal Reinstated and Order issued July 5, 2013**



**In The**
# Court of Appeals
**For The**
# First District of Texas

---

## NO. 01-12-00479-CR

---

**JONATHAN GERMAINE PERKINS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

---

**On Appeal from 339th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1316854**

---

## ORDER

On May 15, 2013, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for appellant's failure to file a brief. On July 5, 2013, appellant's brief was filed along with a motion to extend time to file the brief.

Accordingly, our order of May 15, 2013, is withdrawn. The appeal is reinstated. Appellant's motion to file his brief is granted and the State's brief is due August 5, 2013. It is so **ORDERED.**

         **/s/ Jane Bland**
         **Acting Individually**